IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Roger Augusto TORRES MARTINEZ, <br>     Petitioner, <br><br> v. <br><br><br> J. L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia, et al., <br><br>     Respondents. | PETITION FOR WRIT OF HABEAS CORPUS <br> No. 26-cv-3 |

# ORDER

**AND NOW,** this 12th day of January, 2026, upon consideration of Mr. Torres Martinez's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Torres Martinez is not subject to mandatory detention under

1

8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Torres Martinez from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on January 19, 2026;

3. The Government is temporarily enjoined from re-detaining Mr. Torres Martinez for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Torres Martinez after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Torres Martinez from the Commonwealth of Pennsylvania before the ordered bond hearing.  If the Immigration Judge determines that

Mr. Torres Martinez is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Torres Martinez if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Torres Martinez.

6. It is **FURTHER ORDERED** that Mr. Torres Martinez's Motion for Temporary Restraining Order (ECF No. 3) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

                                           _s/ANITA B. BRODY, J.___
                                           ANITA B. BRODY, J.