## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGER AUGUSTO TORRES MARTINEZ | : CIVIL ACTION |
| | : |
| | : |
| v. | : NO.  26-3 |
| | : |
| JL JAMISON, BRIAN MCSHANE, TODD LYONS, KRISTI NOEM, THE U.S. DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI | : : : : |

## <u>ORDER</u>

**AND NOW**, this 18th day of May 2026, upon considering petitioner's motion for attorney fees (DI 8), it is **ORDERED** that respondents shall file a response to the motion (DI 8) no later than **May 26, 2026**.

_____
**MURPHY, J.**